UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ELMER RED EAGLE JR., <br><br> Plaintiff, <br><br> vs. <br><br> ELMER RED EAGLE JR., <br><br> Defendant. | Case No. CV-07-26 -GF-CCL <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Motion to Vacate (2255) is DENIED. Petition is Dismissed.

Dated this 27th day of November, 2019.

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
M. Stewart, Deputy Clerk